SCWC-16-0000630

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MATTHEW K. WILLIAMS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000630; CR. NO. 14-1-0589)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Chang, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Matthew K. Williams'

application for writ of certiorari filed on May 1, 2020, is hereby

accepted and will be scheduled for oral argument.  The parties will

be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 26, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

